IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 23 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, as subrogee of DuCharme Enterprises, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN SPIEKERMEIER d/b/a TRUELINE, a/k/a TRUELINE WELDING AND FABRICATION,<br><br>Defendant/<br>Third-Party Plaintiff,<br><br>vs.<br><br>DUCHARME ENTERPRISES, LLC d/b/a SPECIALTY BEAMS and its Owner/ Operator, STEVEN A DUCHARME,<br><br>Third-Party Defendant. | CV 17–07–M–DWM<br><br>ORDER |

The Plaintiff Cincinnati Insurance Company having moved unopposed to voluntarily dismiss this action pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT

1

and all deadlines are VACATED. The Court declines to exercise continuing jurisdiction over the settlement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

DATED this 23rd day of August, 2017.

Donald W. Molloy, District Judge
United States District Court